IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GROUP 1 AUTOMOTIVE, INC. and
GPI MS-N, INC. D/B/A PAT PECK NISSAN          PLAINTIFFS

VERSUS          CIVIL ACTION NO.: 1:14cv334-HSO-JCG

ACE AMERICAN INSURANCE COMPANY
and ARTHUR J. GALLAGHER RISK
MANAGEMENT SERVICES, INC.          DEFENDANTS

### AGREED ORDER LIFTING STAY AND DISMISSING ACE AMERICAN INSURANCE COMPANY WITH PREJUDICE

This cause is before the Court on the Plaintiffs' Motion to Lift Stay and Dismiss Defendant ACE American Insurance Company with Prejudice. Having considered the Motion and being advised in the premises, the Court finds that the Motion to Lift Stay should be granted and the case returned to the active docket. Having further been advised that the Plaintiffs and Defendant ACE American Insurance Company have reached a settlement in this matter, the Court hereby finds that the Plaintiffs' motion to dismiss is well taken and should be granted as to Defendant ACE American Insurance Company only.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the stay in this action is hereby lifted and this matter is returned to the active docket for further proceedings.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Plaintiffs' claims against Defendant ACE American Insurance Company only should be and hereby are dismissed with prejudice, with each party to bear their own costs.

SO ORDERED, this the 15th day of May, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

s/ Kyle Moran
Kyle Moran, Esq.
Counsel for ACE American Insurance


s/ Christopher Wadley
Christopher Wadley, Esq.
Counsel for ACE American Insurance


s/ Edward Taylor
Edward Taylor, Esq.
Counsel for Arthur J. Gallagher


s/ Fredrick B. Feeney, II
Fredrick B. Feeney, II, Esq.
Counsel for Group 1 Automotive
and GPI MS-N, Inc.