IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GROUP 1 AUTOMOTIVE, INC., and GPI MS-N, INC., doing business as Pat Peck Nissan | § § § § § | PLAINTIFFS |
| v. | § § | Civil No. 1:14CV334-HSO-JCG |
| ACE AMERICAN INSURANCE COMPANY and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC. | § § § § § | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

The remaining parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. In accordance with the prior Agreed Order [20],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 4th day of October, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE